1178

No. 99–7732. MOSQUERA-LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7733. RAMIRO MUNIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7740. STANDING ROCK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7741. RASHID *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7744. CARSON *v.* UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT. C. A. 11th Cir. Certiorari denied.

No. 99–7745. COWEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7746. CHRISTOFERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7747. BARRIOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7749. BROWN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7750. PAYTON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–7757. RHOADS *v.* BARNETT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–7758. DANIELS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7759. REAVES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7761. SIERRA-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7764. MOORE *v.* RENO, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 99–7765. MAYBERRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.